**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | |
| v. | Case No. CR-21-113-SLP |
| **KEITH ELMO DAVIS,** | |
| *Defendant*. | |

## ORDER OF DISMISSAL

Before the Court is the Unopposed Motion to Dismiss [Doc. No. 28]. The Motion is GRANTED. The Indictment filed April 16, 2021, CR-21-11is Dismissed without Prejudice.

IT IS SO ORDERED this 4th day of June, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE