# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

KEITH ELMO DAVIS,

    *Defendant*.

Case No. 21-MJ-131-KEW

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL
       EASTERN DISTRICT OF OKLAHOMA
       MUSKOGEE, OKLAHOMA

       (WARDEN)
       (JOSEPH HARP CORRECTIONAL CENTER)
       (STATE OF OKLAHOMA)

GREETINGS:

You are hereby commanded that, laying aside all other business and excuses, you bring in his own proper person before the United States District Court for the Eastern District of Oklahoma at Muskogee, Oklahoma, forthwith, the body of **KEITH ELMO DAVIS (DOB: 03/XX/1941; SSN: XXX-XX-4131; DOC # 519111)**, for arraignment and subsequent disposition in the above styled and numbered cause, the defendant now being in the custody of the Joseph Harp Correctional Center, Lexington, Oklahoma, and you will in no wise omit, under penalty of law upon you, the defendant after his appearance before the Court to be returned to the custody of the Warden of the Joseph Harp Correctional Center, Lexington, Oklahoma.

WITNESS, Judge of the United States District Court and the seal thereof, at Muskogee, Oklahoma, in said District this 7th day of April.

                          PATRICK KEANEY
                          CLERK of the United States
                          District Court for the
                          Eastern District of Oklahoma

By: _____
          DEPUTY



FILED

SEP 1 5 2021

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

---

I partially executed this __WHCAP__
by receiving custody of the within named
from __Joseph Harp Corr. Center__
and delivering the within named to
__USMS - Muskogee__
on __9/7/21__ .

Kerry Pettingill
US Marshal

By: _[signature]_

---

I partially executed this __WHCAP__
by receiving custody of the within named
from __USMS - Muskogee__
and delivering the within named to
__BOP__
on __9/14/21__ .

Kerry Pettingill
US Marshal

By: _[signature]_